## CRAINOR v. CURTIS MORRIS.

Court of Quarter Sessions. November, 1795.

*Wilson's Red Book, 88.*

PER CURIAM. Court cannot do otherwise than discharge upon a faulty indenture; they cannot direct a new one to be made, they have no such authority. *Vide* 1 Body Laws 177, 331, June 29, 1791.